# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATINUM TOOLS, LLC, a California limited liability company; and SULLSTAR TECHNOLOGIES, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>LANIER REPRESENTATION GROUP, INC., a.k.a. LRG, a.k.a. LRG Inc., a Texas corporation; JOSEPH CHRISTOPHER LANIER, a.k.a. JOSEPH C. LANIER, an individual; OLD WEI, INC., f.k.a. WAVE ELECTRONICS, Inc., a Texas Corporation; GARY WERMUTH, an individual; and MARK S. FUKUDA, an individual,<br><br>Defendants. | No.2:21-cv-06640 (JAK)(MAAx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 42)**<br><br>**JS-6** |

Based on a review of the Joint Stipulation for Dismissal with Prejudice (the "Stipulation" (Dkt. 42)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action, including all claims, counterclaims and defenses stated therein against all parties, is hereby dismissed with prejudice, with each party to bear its own respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 14, 2022

_____
John A. Kronstadt
United States District Judge